# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GLENDA G. BOYD,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-557-Orl-31DAB**

**SPACE COAST LAUNCH SERVICES, LLC.,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　　**MOTION FOR DEFAULT (Doc. No. 9)**
>
> **FILED:**　　April 9, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. Defendant's Answer was timely filed on April 5, 2007. *See* Fed. R. Civ. Pro. 81.

**DONE** and **ORDERED** in Orlando, Florida on April 12, 2007.

*David A. Baker*

    DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties